**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS FOGLIA, in the name of the United States Government pursuant to the False Claims Act, 31 U.S.C. Section 3730; the State of New Jersey False Claims Act, Title 2A of the New Jersey Statutes and amending 3 P.L. 1968, c.413; the State of Texas pursuant to TEX.HUM.RES.CODE Sec. 36.001-36.117 and individually: pursuant to the New Jersey Conscientious Employee Protection Act, N.J.S.A. 34:19-1 et seq., : Relator/Plaintiff, : v. : Renal Ventures Management, LLC, : Defendant. | Civ. A. No. 09-1552 (NLH)(AMD) **ORDER** |

**HILLMAN, District Judge**:

For the reasons explained in this Court's Opinion entered today, it is this  26th  day of  September , 2012,

**ORDERED** that defendant's motion to dismiss second amended complaint [54] is **GRANTED** and relator's claim brought pursuant to the federal False Claims Act is **DISMISSED**; it is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over relator's state law claims brought pursuant to the New Jersey False Claims Act, and the New Jersey Conscientious Employee Protection Act and, therefore, those

claims are **DISMISSED WITHOUT PREJUDICE.**

      The Clerk of Court is directed to **CLOSE** this matter.


                                         /s/ Noel L. Hillman
                                         NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey