UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Thomas Foglia IN THE NAME OF THE UNITED STATES GOVERNMENT PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. SECTION 3730; the State of New Jersey pursuant to the New Jersey False Claims Act, Title 2A of the New Jersey Statutes and amending 3 P.L.1968, c.413; the State of Texas pursuant to TEX. HUM. RES. CODE Sec. 36.001-36.117 and individually pursuant to The New Jersey Conscientious Employee Protection Act, N.J.S.A. 34:19-1 et seq : Plaintiff, vs. Renal Ventures Management, LLC. Defendant. | Docket No.: 09-1552 **NOTICE OF APPEAL** |

**NOTICE** is hereby given that Plaintiff Thomas Foglia, ex rel United States of America pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B) by and through their undersigned counsel hereby appeal to the United States Court of Appeals for the Third Circuit from the Order of the Honorable Noel L. Hillman, entered in the above captioned proceedings signed on the 26th day of September and entered on September 26, 2012 as it relates to Count I and Count II of the Second Amended Complaint only.

Respectfully submitted,

BEGELMAN, ORLOW & MELLETZ

Marc M. Orlow, Esquire

Dated: October 22, 2012